IN RE: THE WORK CLINIC, LLC        CASE NO. 10-14340

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

529-5540        VOID AFTER 90 DAYS        110
                                          60-249 / 433
                                          11
                                          3591

| Case | Debtor |
|---|---|
| 10-14340 B | THE WORK CLINIC, LLC |
| 92006757000966 | |
| COMBINED SMALL CHECK | |

TID #380470
Ronald J. Hof
9905 Jefferson Hwy.
River Ridge LA 70123

Date   11/03/2011        $ ***********4.35

~~~Four Dollars and 35/100

Pay to the Order of   U.S. Bankruptcy Court

_Ronald J. Hof, Trustee_

⑆000000110⑆ ⑈043302493⑈ 92006757000966⑈

11/4/11

DEPOSITED TO UNCLAIMED
UNDER $25.00 (106000).
DUE: SEE LETTER

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229306    - KW
* * C O P Y * *
November 04, 2011
15:03:02

UNC.UNDER$25
10-14340

Debtor.: THE WORK CLINIC, LLC
Trustee: Ronald Hof
Amount.:              $4.35 CH
Check#.: 110

Total ->   $4.35

FROM: HOF

# RONALD J. HOF

SUITE 2116
225 BARONNE STREET
NEW ORLEANS, LOUISIANA 70112

CHAPTER 7 TRUSTEE
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

TELEPHONE: (504)529-5540
FAX: (504)561-8089
E-MAIL: ronhof@bellsouth.net

November 3, 2011

Marla Hamilton
Clerk of Court, U.S. Bankruptcy Court
Hale Boggs Federal Building
500 Poydras Street, Suite B-601
New Orleans, LA 70130

Re: The Work Clinic, LLC, No. 10-14340

Dear Marla:

In accordance with Bankruptcy Rule 3010(a), please find enclosed a check in the amount of $4.35, representing the combined total of two dividends in the above case in an amount less than $5.00. I am also enclosing my Claims Distribution Small Check report, which shows the claims and amounts represented by this check. If you should need any additional information, please feel free to contact me.

Sincerely,

Ronald J. Hof

RJH/sao
enclosures

Printed: 11/03/11 09:07 AM   Page: 1

**Claims Distribution Small Checks**

**Trustee: Ronald J. Hof (380470)**

**Case:** 10-14340 - THE WORK CLINIC, LLC

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200675700096 | 110 | 11/03/11 | | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $4.35 |
| | | | 5 | 02/11/11 | 610 | Summit Medical Services, Inc. | 175.81 | 175.81 | 2.16 | 2.16 |
| | | | 7 | 02/17/11 | 610 | Standard Coffee | 178.78 | 178.78 | 2.19 | 2.19 |

(*) Denotes objection to Amount Filed